IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | CASE NO. 7:05-CR-12(HL) |
| ANDREW WRIGHT, | |
| Defendant. | |

**ORDER MODIFYING CONDITIONS OF PRE TRIAL RELEASE**

Upon the initial appearance of this defendant on June 20, 2005, the court established certain conditions of pre-trial release. Among those conditions were that the defendant, 1) maintain or actively seek employment, and 2) that his travel be restricted to the Middle District of Georgia. Presently pending is defendant's motion to have the travel restriction set aside due to his having secured employment which will regularly require that he travel outside the Middle District of Georgia. Defendant's motion has been pending since September 20, 2005, and the Office of the United States Attorney for this district has filed nothing in opposition to the granting of said motion.

Accordingly, defendant's motion is hereby **GRANTED** in the following particulars:

1. His travel is no longer restricted to the Middle District of Georgia.

2. Defendant may now travel throughout the continental United States (Alaska and Hawaii not included) for employment related purposes only, provided that he notify his supervising United States Probation Officer, prior to his departure, where and when he will be traveling and when

he will return. Further, defendant shall advise his probation officer upon his return to the Middle District of Georgia.

All other terms and conditions set for this defendant in the order of June 20, 2005, remain in full force and effect.

SO ORDERED, this 20th day of October 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE