IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| VS. | : | 7:05-CR-12(HL) |
| ANDREW WRIGHT, a/k/a ANTHONY JAMES LAYCOCK | : | |
| Defendant. | : | |

**O R D E R**

The defendant, who is named in a nine count indictment pending in this court is a British subject who has traveled extensively throughout the world. As a condition of his pre-trial release he was required to surrender his passport. Defendant has evidently lived in the United States since 1985. He resides with his wife and mother-in-law, both apparently also British subjects, in the Valdosta Division of this Court. He may also have a son who resides with him. Defendant, through counsel, now seeks permission to travel from the United States to Italy to testify in an Italian Civil Court in a lawsuit which he has allegedly had an Italian lawyer file on his behalf. The Office of the United of the United States Attorney opposes the granting of this motion. The defendant's criminal trial is evidently scheduled to occur in this Court in March 2006. This matter was heard before the undersigned on January 25, 2006.

The court does not doubt that there is a court proceeding in Italy in which this defendant is involved and that he wishes to be present. The defendant testified that his wife and mother-in-law would remain in Valdosta, Georgia in the event he is allowed to travel to Italy for approximately nine days. It is noted that this court has no authority to require that the wife and mother-in-law remain in Valdosta, Georgia while the defendant travels to Italy. After hearing

the defendant testify and assessing his credibility and somewhat vague and evasive answers on more than one occasion upon cross examination, coupled with the fact that he is not a citizen of the United States, the defendant's motion to travel outside the United States is **DENIED.**

SO ORDERED, this 25th day of January 2006.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE