IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | 7:05-CR-12(HL) |
| ANDREW WRIGHT, a/k/a ANTHONY JAMES LAYCOCK | |
| Defendant. | |

**O R D E R**

Upon defendant's initial appearance in this district on June 20, 2005, the court set bond and imposed certain pre-trial conditions of release. Included among those conditions was the requirement that defendant maintain or actively seek employment and that his travel be restricted to this district without permission first obtained to travel outside this district. On October 20, 2005, the court modified the travel restriction to include the continental United States as the defendant had allegedly secured employment that would regularly require him to travel throughout the forty-eight contiguous states.

It has now been brought to the attention of the court that the defendant did not take that job, thus there is no need for him to travel throughout the country. Accordingly, the order of October 20, 2005, his hereby rescinded and withdrawn and defendant's travel is restricted to this district in accordance with order setting conditions of release entered on June 20, 2005.

SO ORDERED, this 26th day of January 2006.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE