IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | CRIMINAL ACTION FILE NO. 7:05-CR-12 (HL) |
| ANDREW WRIGHT, | |
| Defendant. | |

**O R D E R**

Subsequent to his conviction before a jury on March 24, 2006, the trial judge established a new appearance bond in the amount of ONE HUNDRED TWENTY FIVE THOUSAND AND N0/100 DOLLARS ($125,000.00) to allow the defendant to remain out of custody until the date of his sentencing. The defendant is hereby given notice that all other terms and conditions established for his pre-trial release as set out in the order of this court dated June 20, 2005 remain in full force and effect while he is awaiting sentencing.

SO ORDERED, this 28th day of March 2006.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE