IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL ACTION FILE |
| VS. | : NO. 7:05-CR-12 (HL) |
| ANDREW WRIGHT, | : |
| Defendant. | : |

**O R D E R**

Upon the initial appearance of this defendant a fully secured appearance bond of THIRTY THOUSAND AND NO/100 DOLLARS ($30,000.00) was established and posted on June 20, 2005 in the form of cash. On March 24, 2006, the defendant was found guilty of all counts within the indictment, whereupon the trial judge established a new appearance bond in the amount of ONE HUNDRED AND TWENTY FIVE THOUSAND AND NO/100 DOLLARS ($125,000.00).

The defendant's wife has pledged adequate unencumbered real property in the form of a deed to secure debt in favor of the United States of America to secure the new appearance bond along with proof that the real property is adequately insured and that the United States of America is listed as the loss payee on the policy of insurance. Said security has been approved by the court.

Accordingly the Clerk of this Court is hereby ORDERED and DIRECTED to return the said THIRTY THOUSAND AND NO/100 DOLLARS to the individual who paid the said sum into the Court to secure the original appearance bond..

SO ORDERED, this 28th day of March 2006.

/s/ Richard L. Hodge

RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE