IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 7:05-CR-00012-001 HL |
| | : | |
| **ANDREW WRIGHT** | : | |
| a/k/a/ Anthony James Laycock | : | |
| and Andrea Wright, Surety | : | |
| Defendants | : | |
| | : | |

## ORDER ON BOND FORFEITURES

The matter having come before the Court on Motion of the United States of America For Forfeiture of Bonds, all interested parties having been served and an opportunity to be heard, and it appearing to the Court that cause exists for granting the relief requested therein,

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3146(d) and Rule 46, Rules of Criminal Procedure, that the appearance bond executed on behalf of Defendant Andrew Wright in the amount of one hundred twenty - five thousand dollars ($125,000.00) and the voluntary surrender bond paid by Defendant Andrew Wright in the amount of two hundred fifty dollars ($250), plus accrued interest, are hereby forfeited to the United States. The property bond posted by the Surety on behalf of the Defendant is hereby forfeited to the United States pursuant to 18 U.S.C. § 3146 (d). The United States shall have a judgment against Andrea Wright, Surety, in the amount of one hundred twenty-five thousand dollars, ($125,000.00), which sum shall be paid forthwith to the United States of America and which may be satisfied by forfeiture to the United States of America of that real property located at 1812 Englewood Drive, Valdosta, Georgia 31602 .  The United States shall have a

judgment against Andrew Wright in the amount of one hundred twenty-five thousand, two hundred fifty dollars ($125,250.00). All funds deposited with the Clerk by or on behalf of Defendant Andrew Wright or recovered as a result of the above bond forfeitures shall be applied to payment of the restitution, mandatory assessment, and foregoing judgment, respectively.

SO ORDERED, this 22nd day of January, 2007.

 S/  Hugh Lawson
HUGH LAWSON
CHIEF JUDGE
UNITED STATES DISTRICT COURT