IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. |
| | : | 7:05-CR-12 (HL) |
| ANDREW WRIGHT, | : | |
| | : | |
| Defendant. | : | |

# FINDINGS OF FACT RELEVANT TO THE STATUS OF DEFENDANT WRIGHT'S REPRESENTATION

1. On December 19, 2006, the Eleventh Circuit Court of Appeals issued a Limited Remand, sending Defendant-Appellant Wright's case, (Appeal No. 06- 14847-F), back to the district court for certain findings of fact. In particular, the court of appeals requested that the district court ascertain the status of Wright's representation and conduct an in camera hearing to determine whether Wright should be entitled to appointed counsel on appeal on the grounds that he is now indigent. Wright was previously represented by retained counsel at his trial and through his sentencing.

2. On March 24, 2006, Wright was convicted by a jury of nine felony offenses: Count 1; Smuggling Goods into the United States, 18 U.S.C. § 545; Counts 2, 3, 5 and 6; Mail Fraud, 18 U.S.C. § 1341; Counts 4 & 7; Wire Fraud, 18 U.S.C. § 1343; Counts 8 & 9; False Statements; 18 U.S.C. § 1001.

3. Defendant was taken into custody on March 24, 2006, the date of his conviction, upon motion of the government, until such time as he could post a $125,000.00 secured bond.

4. On March 28, 2006, defendant's spouse, Andrea Wright, executed and filed on behalf of defendant, an Appearance Bond in the amount of one hundred twenty-five thousand dollars ($125,000.00). Thereafter, Wright was released from custody pending sentencing.

5. On August 17, 2006, the district court sentenced the defendant to a term of imprisonment of twenty seven (27) months, followed by three (3) years of supervised release, restitution in the amount of $20,675.00, and $900.00 in mandatory assessments. Defendant was permitted to post a voluntary surrender bond in the amount of two hundred fifty dollars ($250.00). The Court ordered defendant to surrender to the custody of the designated institution when notified by
the United States Probation Office.

6. Wright failed to surrender to the Bureau of Prisons on Thursday, December 7, 2006, as ordered. Wright was personally notified of his surrender date by USPO Loree Abell at the U.S. Probation Office ("USPO") in Valdosta, Georgia, on December 4, 2006. The written notice personally given and explained to Wright required that he surrender to the Bureau of Prisons ("BOP") to begin serving his sentence at "C.I. North East Ohio Correctional Center, 2240 Hubbard Rd., Youngstown, Ohio."

7. On Monday, December 11, 2006, USPO confirmed by telephone with the BOP authorities in Ohio that Wright had not turned himself in, and had not otherwise contacted them to explain his failure to report.

8. On December 11, 2006, USPO Ross called the Wright's wife, Andrea Wright, at her residence in Valdosta, Georgia. Wright's wife reported to Ross that Wright left in a Volvo automobile last week to turn himself in and that she had had no further contact with him since then. Since that conversation, Andrea Wright has had further e-mail contact with her husband.

9. Shortly after his disappearance, several e-mails from an e-mail account previously used by Wright have been sent to a variety of recipients, including Valdosta Daily Times, Wright's wife, and a former defense witnesses at Wright's trial. These e-mails have then been sent on to the United States Marshals Service. These e-mails, claiming to be written by Wright, stated that he has fled the country because he was treated unjustly by the criminal justice system and "will not be taken alive."

10. In an e-mail to a former defense witness at his trial, Wright stated, "Your future and life is now at stake. Your life is about to come to a crashing halt."

11. On January 12, 2007, a grand jury in the Middle District of Georgia returned a two count indictment against Wright for 1) witness tampering, 18 U.S.C. § 1512(b)(1); and 2) failure to appear, 18 U.S.C. § 3146(a)(2).

12. On January 23, 2007, the district court ordered forfeiture of Wright's bond for his failure to appear as detailed herein.

13. The Court is informally advised by the office of the United States Attorney that Wright managed to leave the United States and has been identified in Italy. The Court is further advised that extradition back to the United States is a practical impossibility because of the refusal of western European nations to honor extradition requests from the United States.

14. Based on the foregoing, this Court concludes that Wright is a fugitive and that it is impossible to conduct an in camera hearing to determine whether he is indigent for purposes of appeal to the circuit court. Furthermore, by his flight Wright has caused that the issues of his indigency and the status of his representation on appeal to become moot.

So FOUND this 21st day of February, 2007

/s/ Hugh Lawson

**HUGH LAWSON, Judge**